A06A2253. IN RE JEFFERSON.
(662 SE2d 548)

ANDREWS, Judge.

In *In re Sherri Jefferson*, 283 Ga. 216 (657 SE2d 830) (2008), the Supreme Court of Georgia vacated our previous decision in the case, see *In re Jefferson*, 284 Ga. App. 877 (645 SE2d 349) (2007), and

---

remanded to this Court with the direction that we remand to the trial court for further proceedings in light of the Supreme Court's decision. We adopt the judgment of the Supreme Court as our own and remand the case.

*Judgment vacated and case remanded. Barnes, C. J., Johnson, P. J., Blackburn, P. J., Miller, Ellington and Bernes, JJ., concur.*

## DECIDED MAY 2, 2008.

*Sherri J. Jefferson*, pro se.
*Stephen D. Kelley, District Attorney, Charles C. Olson*, amici curiae.